UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAWRENCE WATSON,                                :

               Plaintiff,                 :

        -against-                           :               ORDER

THE CITY OF NEW YORK, MIDTOWN NORTH   :        10 Civ. 8018 (GBD)(KNF)
18 PRECINCT POLICE DEPARTMENT, POLICE
OFFICER JOHN DOE #1, POLICE OFFICER        :
JOHN DOE #2 and POLICE OFFICER
JOHN DOE #3,                                               :

              Defendants.              :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Pro Se Office for this judicial district is directed to send new summonses to the plaintiff so that he may attempt to effect service on the defendants by October 4, 2011.

Dated:  New York, New York                              SO ORDERED:
            August 23, 2011

                                                           _____
                                                          KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Lawrence Watson
Pro Se Office

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 8/24/11*