10/03/2011 16:56 FAX                                                                                                          ☒002/004

OCT - 3 2011



**VIA FACSIMILE (212) 805-6712**

October 3, 2011

The Honorable Kevin N. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   Lawrence Watson v. The City of New York et al. 10 Civ. 8018 (GBD/KNF)

Dear Judge Fox:

I am writing on behalf of plaintiff Lawrence Watson who, prior to September 19, 2011 has proceeded on a *pro se* basis in the above captioned matter. On September 19, 2011 our firm filed an appearance, by Seth Jessee Esq., to undertake the representation of Mr. Watson in this matter on a pro bono basis. The matter was referred to our firm by the Office of *Pro Se* Litigation of the United States District Court for the Southern District of New York.

Before WilmerHale appeared, Mr. Watson unsuccessfully tried to commence the action and serve process. Your Honor's two-page order of August 11, 2011 (attached hereto) set forth the prior efforts, and ordered Mr. Watson to "serve the summons and complaint on the defendants and file proof of service with the Clerk of Court" by October 4, 2011.

We respectfully ask that the Court extend the time to effect service by a 30-day period, through November 3, 2011. This will permit counsel to arrange for compliance with the United States District Court for the Southern District of New York's Plan for Certain Section 1983 Cases Against The City of New York, in particular, the submission of the Section 160.50 Release and the Medical Release, to the extent required in this matter. The additional time will also allow us to make arrangements to speak further with Mr. Watson about the matter. Mr. Watson is currently incarcerated in the Five Points Correctional Facility in the Town of Romulus, Seneca County, New York (approximately 250 miles from New York City).

Counsel is mindful that there were prior extensions, and believes that no further extensions will be necessary beyond this request.

Best regards,

Peter J. Macdonald

Cc: Seth Jessee, Esq.

10/11/11
Application granted.
SO ORDERED:

KEVIN NATHANIEL FOX, U.S.M.J.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LAWRENCE WATSON,

     Plaintiff,

  -against-

THE CITY OF NEW YORK, MIDTOWN NORTH
18 PRECINCT POLICE DEPARTMENT, POLICE
OFFICERS JOHN DOE #1, POLICE OFFICER
JOHN DOE #2 and POLICE OFFICER
JOHN DOE #3,

     Defendants.
---------------------------------------------------------X



**ORDER**
10 Civ. 8018 (GBD)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  On November 24, 2010, the plaintiff filed the operative complaint in this case. Thereafter, on February 8, 2011, the Pro Se Office mailed, to the plaintiff, a Rule 4 Service package, so that he could effect service of the complaint and summonses on the defendants. On June 6, 2011, the Court issued a Rule 4(m) Order requiring the plaintiff to file proof of service on the defendants by August 1, 2011. On June 22, 2011, the Court received a writing from the plaintiff asserting that he mailed form USM-285 to, among others, the United States Marshal's Office, demonstrating a good faith attempt to effect service. On August 4, 2011, the United States Marshal's Office informed the Court that it did not receive the form from the plaintiff. Therefore, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, the Court will extend the time to serve the defendants.

  On or before October 4, 2011, the plaintiff shall serve the summons and complaint on the defendants, and file proof of service with the Clerk of Court. The plaintiff must resend form USM-285 to the United States Marshal's Office expeditiously. Should the plaintiff fail to serve the defendants timely, and file proof of service with the Clerk of Court, and, furthermore, should he fail to demonstrate, in writing, good cause for such failure, a report will be made, to the assigned United States district judge, recommending that his complaint be dismissed for failure to serve timely.

The plaintiff is directed to contact the Pro Se Office for this judicial district, which is located at 500 Pearl Street, Room 230, New York, New York 10007, telephone number (212) 805-0175, for any procedural assistance he may require.

Dated: New York, New York  
August 4, 2011

SO ORDERED:

_____  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:  
Lawrence Watson

2