UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LAWRENCE WATSON,

    Plaintiff,

v.

POLICE OFFICER JOHN DOE #1;
POLICE OFFICER JOHN DOE #2; and
POLICE OFFICER JOHN DOE #3;

    Defendants.

No. 10 Civ. 8018 (GBD)(KNF)

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
***EX PARTE* APPLICATION FOR IMMEDIATE DISCOVERY**

Upon consideration of Plaintiff's *ex parte* application to take immediate discovery, its Memorandum in support of that application, and the Declaration of Seth M. Jessee,

IT IS HEREBY ORDERED that Plaintiff may serve immediate discovery on the New York Corporation Counsel and the New York Police Department to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena seeking information sufficient to identify each Doe Defendant, including the full name and address for each Doe Defendant.

Dated: NOV 07 2011

George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS

- 1 -