USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/7/12

RECEIVED
FEB 27 2012
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

STEVEN M. SILVERBERG
*Assistant Corporation Counsel*
Email: ssilverb@law.nyc.gov
Tel.: (212) 788-1336
Fax: (212) 788-9776

February 27, 2012

BY FAX
Honorable Kevin N. Fox
United States Chief Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-6712

**MEMO ENDORSED**

Re: Lawrence Watson v. Police Officer Joseph McGovern, et al.,
10 Civ. 8018 (GBD)(KNF)

Your Honor,

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants assigned to the above-referenced case. I am writing to respectfully request an adjournment of the initial conference, currently scheduled for March 6, 2012 at 2:00 p.m. due to a scheduling conflict. Plaintiff's counsel Seth M. Jessee, Esq. consents to this request. This is defendants' first request for an adjournment and there are no discovery deadlines in this action that would be affected by defendants' application.

The parties have conferred and have mutual availability to reschedule the initial conference on March 16, 2012. The parties also have availability the following week with the exception of March 22, 2012 in the afternoon. As such, in light of the above, defendants respectfully request that the initial conference currently scheduled for March 6, 2012 at 2:00 p.m. be re-calendared for one of the aforementioned dates, or to a later date and time convenient for the Court.

3/6/12 Application granted. The conference previously scheduled for March 6, 2012, shall be held on March 26, 2012, at 2:00 p.m.

SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Thank you for your consideration of the application herein.

Respectfully Submitted,

Steven M. Silverberg
Assistant Corporation Counsel

CC: BY FAX
Seth M. Jessee, Esq.
*Wilmer Cutler Pickering Hale and Dorr LLP*
Attorneys for Plaintiff
399 Park Avenue
New York, NY 10022
(212) 230-8888