```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAWRENCE WATSON,

                        Plaintiff,

        -against-

POLICE OFFICER JOHN DOE # 3,
POLICE OFFICER JOSEPH MCGOVERN; and
POLICE OFFICER ROMAN ILUSTRE,

                        Defendants.
------------------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/29/12 |

**ORDER**

10 Civ. 8018 (GBD)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the initial pretrial conference scheduled previously for March 26, 2012, is rescheduled to April 17, 2012, at 2:00 p.m.

Dated: New York, New York
       March 29, 2012

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE