

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 4/6/12

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

NOREEN STACKHOUSE
*Assistant Corporation Counsel*
Tel.: (212) 788-9736
Fax: (212) 788-9776

April 3, 2012

**BY FACSIMILE: (212) 805-6712**
Honorable Kevin N. Fox
United States Chief Magistrate Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: Lawrence Watson v. Police Officer Joseph McGovern, et al.,
            10 Civ. 8018 (GBD)(KNF)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and I write on behalf of Steven M. Silverberg, the attorney for defendants in the above-referenced action, because Mr. Silverberg is out of the country as of April 3, 2012 attending to an unanticipated family matter in the United Kingdom. Defendants write with the consent of plaintiff's counsel, Seth M. Jessee, Esq. to respectfully request an adjournment of the initial pretrial conference currently scheduled for April 17, 2012, at 2:00 p.m. This is defendants' second request for an adjournment. The reason for this request is that Mr. Silverberg has a previously scheduled deposition to attend on that date. Should the Court grant defendants' request, the parties are available May 2, 2012, May 3, 2012 and May 4, 2012 in the afternoon.

4/6/12
Application granted.
The conference is adjourned
to May 2, 2012, at 11:30 a.m.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration herein.

Respectfully submitted,

Noreen Stackhouse
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Seth M. Jessee, Esq. (By fax)
Wilmer Cutler Pickering Hale and Dorr LLP
*Attorneys for Plaintiff*
399 Park Avenue
New York, New York 10022
*Fax:* (212) 295-8888

- 2 -